IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA M. TYSON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-209 |
| v. | |
| KELLY TOURS AND GRAYLINE OF SAVANNAH, GA, et al., | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's September 17, 2024, Report and Recommendation, (doc. 4), to which plaintiff has not filed an objection. Although she did not object, Plaintiff did submit a renewed application to proceed *in forma pauperis*. (Doc. 5.) The financial information provided is substantially similar to her original application. (Compare doc. 2, with doc. 5.) She clarifies that her disclosed income of $3,128.36 is in the form of workmen's compensation payments for an injury. (Doc. 5, p. 1.) The balances she discloses in her checking accounts are slightly lower than she originally disclosed. (Compare doc. 2, p. 2, with doc. 5, p. 2.) However, the balances continue to substantially exceed the cost of the filing fee for this action. (See doc. 5, p. 2.) Moreover, her disclosed income, regardless of its source, continues to exceed her disclosed expenses. (Id., pp. 2, 5.) The renewed application notwithstanding, therefore, the Magistrate Judge's conclusion that Tyson is not entitled to proceed *in forma pauperis* remains sound.[1] The Court **ADOPTS** the

---

[1] Tyson's renewed application states that she "can't pay the costs of these proceedings because, currently, [she has] workman's comp [sic] as a form of income and [she does not] receive any other type of income." (Doc. 5, p. 5.) She cites to no legal authority that suggests that the source of a plaintiff's income affects the Court's consideration of whether to permit them to proceed *in forma pauperis*. As the considerable

Report and Recommendation as its opinion.  (Doc. 4.)  Plaintiff's Motion to Proceed *in forma pauperis*, as supplemented, is **DENIED**.  (Docs. 2 & 5.)  Pursuant to the Court's Local Rules, Petitioner is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order.  L.R. 4.2(2).  Failure to make timely payment will result in dismissal.  Id.

**SO ORDERED**, this 21st day of October, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

authority cited by the Magistrate Judge establishes, permission to proceed *in forma pauperis* is not warranted where paying the cost of litigation "may cause some difficulty." (Doc. 4, p. 2.)  Given that Plaintiff's income, regardless of its source, remains sufficient to meet her disclosed monthly expenses, and she continues to disclose sufficient funds in her checking and savings accounts to pay the required filing fee, it is not clear that paying that fee would even "cause some difficulty."  The source of Plaintiff's income is, therefore, irrelevant to the Court's consideration of her application.