IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA M. TYSON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-209 |
| v. | |
| KELLY TOURS AND GRAYLINE OF SAVANNAH, GA, et al., | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 11, 2025, Report and Recommendation, (doc. 36), to which no party has objected. Additionally, no administrator of Ms. Tyson's estate has yet appeared.  (See generally docket.) Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion.  (Doc. 36.) Plaintiff's Complaint is **DISMISSED**.  (Doc. 1.)  The pending motions are **DISMISSED** as moot.  (Docs. 22, 24 & 28.)  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 31st day of July, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA